FILED
U.S. DISTRICT COURT

2012 AUG 21  A 11: 22

IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

BY:_____
DEPUTY CLERK

| | |
|---|---|
| AMANDA BROWN,<br><br>Plaintiff,<br><br>vs.<br><br>OFFICER ARTHUR LARSEN, in his individual and official capacities, OFFICER JOHN DOE, in his individual and official capacities, and the CITY OF SOUTH SALT LAKE, a Municipal Corporation in Utah,<br><br>Defendants. | **ORDER**<br><br><br><br>Case No. 2:10-cv-572<br><br>Judge Dee Benson |

Before the Court is Defendants City of South Salt Lake and Officer Arthur Larsen's (collectively "Defendants") Motion for Summary Judgment as to Plaintiff Amanda Brown's ("Plaintiff") Complaint. (Dkt. No. 55).

Defendants filed their motion and supporting memoranda on June 21, 2012. (Dkt. Nos. 55, 56). Pursuant to DUCivR 7-1, Plaintiff had twenty-eight days after service of the motion to file a memoranda opposing the motion for summary judgment. Plaintiff, however, has not filed a memorandum in opposition to Defendants' motion for summary judgment. Accordingly, in light of Plaintiff's failure to oppose the motion, Defendants filed a Request to Submit for Decision on July 26, 2012. (Dkt. No. 57).

Having reviewed Defendants' motion and supporting memoranda, and for the reasons stated therein, the court hereby GRANTS Defendants' unopposed Motion for Summary Judgment.

IT IS SO ORDERED.

DATED this 20 day of August, 2012.

_____
Dee Benson
United States District Judge