JONATHON W. GRIMES (10462)
JONATHON GRIMES PC
8 EAST BROADWAY STE 700
SALT LAKE CITY, UTAH 84111
(801) 937-4003 PHONE
(801) 606-7341 FACSIMILE
jon@grimeslegalsolutions.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| AMANDA BROWN, an individual, Plaintiffs, -v- CITY OF SOUTH SALT LAKE, ET AL, Defendants. | **MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT** CaseNo. 2:10cv00572 The Honorable Dee Benson |

COMES NOW, COUNSEL FOR PLAINTIFF AMANDA BROWN, AND MOVES that this Honorable Court enter an order granting Plaintiff an additional 28 days from the date of this filing to prepare a file a written response to Defendant's Motion for Summary Judgment.  The Movant is new counsel in the case who requests that he be given the 28 days provided for in DUCivR 7-1(b)(4)(A) to respond to Defendant's Motion.  Despite the fact that counsel is new to the case, he believes that 28 days will be adequate time to prepare a response to the motion and requests that the due date for Plaintiff's response be adjusted accordingly.  Moreover, by Tuesday, September 4, 2012, new Counsel will file a motion to set aside the default summary judgment issued in this matter last week.

RESPECTFULLY SUBMITTED on this 28th day of August, 2012.

_____

# CERTIFICATE OF SERVICE

This is to certify that on the 9th day of August, 2012, a true and correct copy of the foregoing **SUBSTITUTION OF COUNSEL** was filed with the Clerk of the Court using the CM/ECF system, which sent notification to the following:

**David C. Richards**
CHRISTENSEN & JENSEN, PC
15 W. South Temple, Suite 800
Salt Lake City, Utah 84101
(801) 323 5000 TELEPHONE
david.richards@chrisjen.com

Kelly Ann Booth
Law Offices of Kelly Ann Booth
8 East Broadway Ste 700
Salt Lake City, UT 84111
kellyann@boothlegal.com

_____/s/ JWG_____