David C. Richards, USB # 6023
David.Richards@chrisjen.com
Sarah Elizabeth Spencer, USB # 11141
Sarah.Spencer@chrisjen.com
CHRISTENSEN & JENSEN, P.C.
15 West South Temple, Suite 800
Salt Lake City, Utah 84101
Telephone: (801) 323-5000
Facsimile: (801) 323-9037
*Attorneys for City of South Salt Lake and Larsen*

FILED
U.S. DISTRICT COURT
2012 OCT 19 P 2: 56
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| AMANDA BROWN,<br><br>Plaintiff,<br><br>vs.<br><br>OFFICER ARTHUR LARSEN, in his individual and official capacities, OFFICER JOHN DOE, in his individual and official capacities, and the CITY OF SOUTH SALT LAKE, a Municipal Corporation in Utah,<br><br>Defendants. | **ORDER DENYING PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Civil No. 2:10-cv-00572-DB<br><br>Judge Dee Benson |

**THIS MATTER** is before the Court on Plaintiff's motion for enlargement of time to file response to Defendants' motion for summary judgment (docket entry no. 60). The Court, having considered Plaintiff's motion, the Court's file, Defendants' opposition, and being sufficiently advised in the premises, hereby **ORDERS** that the motion is **DENIED**.

DATED this 18 day of OCTOBER, 2012.

BY THE COURT: *Dee Benson*
_____
Honorable Dee Benson
District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this **ORDER DENYING PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** was sent via the Court's CM/ECF electronic system to the following this 15th day of October, 2012:

>Jonathon Grimes P.C.
>8 East Broadway Suite 700
>Salt Lake City, Utah 84111

/s/ Sarah Elizabeth Spencer